UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE BECERRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-445 (RJL) |
| ) | Electronic Case Filing |
| MICHAEL CHERTOFF, Secretary, U.S. ) | |
| Department of Homeland Security, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**JOINT AND VOLUNTARY STIPULATION OF DISMISSAL**

The parties hereby settle stipulate to dismissal of the above-entitled lawsuit under the terms and conditions set forth herein:

1. On May 29, 2008, the government filed a Notice to Appear in removal proceedings under § 240 of the Immigration and Nationality Act in Arlington, Virginia.[1] This Notice to Appear initiates administrative removal proceedings of plaintiff before the Immigration Court and can renew his application for adjustment of status, and during the removal proceedings, both parties reserve the right to present evidence to establish, prove, challenge, or rebut that plaintiff is the same Jose Becerra who was previously deported from the United States in 1998. Nothing in this Stipulation is intended or shall be interpreted to constitute a waiver of any claim or an admission of any wrongdoing or concession either in the removal proceedings or the merits of this action.

2. The parties stipulate to dismissal of this case with prejudice with each party to bear his own fees and costs.

---

[1] A copy of the Notice to Appear is attached.

3. The parties hereto acknowledge that this Stipulation sets forth their full and complete understanding with regard to the resolution of the above-captioned civil action and the claims raised therein. By executing this Stipulation, the parties further acknowledge: that they each understand its terms; that such terms are acceptable to each; that there are no additional obligations, either written or oral, to be performed by any party beyond those set forth herein; that such terms are final and binding as to all claims that have been brought or could have been advanced on behalf of plaintiff against defendants; that the parties voluntarily enter into this Stipulation without duress, coercion or undue influence.

Respectfully submitted,

_____
STANTON BRAVERMAN, Bar # 32151
Braverman & Lin, PC
226 Douglas Ave.
Charlottesville, VA 22902
(434) 220-2799

_____
JEFFREY A. TAYLOR, D.C BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W - Room E4822
Washington, D.C. 20530
(202) 514-7161

SO ORDERED on this _____ day of _____, 2008.

_____
RICHARD J. LEON
United States District Judge

U.S. Department of Homeland Security

# Notice to Appear

## In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID : 273607443

File No: A072 865 277
Event No: WAS0805001323

In the Matter of:

Jose BECERRA GODINEZ

Respondent: _____ currently residing at:

3401 RICHMOND ROAD , KESWICK VIRGINIA 22947        (434)296-1731

(Number, street, city and ZIP code)        (Area code and phone number)

☐ 1. You are an arriving alien.
☒ 2. You are an alien present in the United States who has not been admitted or paroled.
☐ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
1. You are not a citizen or national of the United States;
2. You are a native of MEXICO and a citizen of MEXICO;
3. You arrived in the United States at or near Unknown place, on or about unknown date;
4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.
☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8CFR 208.30(f)(2) ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
901 North Stuart Street, Suite 1300, Arlington VA 22203 WAS Immigration Court

(Complete Address of Immigration Court, including Room Number, if any)

on _a date to be set_ at _a time to be set_ to show why you should not be removed from the United States based on the
   (Date)              (Time)

charge(s) set forth above.

TAEHO JINN        SUPERVISORY DAO

(Signature and Title of Issuing Officer)

Date: MAY 2 8 2008        Fairfax, Virginia

(City and State)

See reverse for important information

Form I-862 (Rev. 08/01/07)

**Notice to Respondent**

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this preceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

**Request for Prompt Hearing**

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: _____

(Signature of Respondent)

_____ Date: _____

(Signature and Title of Immigration Officer)

**Certificate of Service**

This Notice To Appear was served on the respondent by me on MAY 2 8 2008, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

☐ in person ☐ by certified mail, returned receipt requested ☒ by regular mail

☐ Attached is a credible fear worksheet.

☒ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the ____English____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

MALGORZATA LUTOSTANSKI    DISTRICT ADJUDICATIONS OFFICER

(Signature of Respondent if Personally Served)    (Signature and Title of officer)

Form I-862 Page 2 (Rev. 08/01/07)